IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| ROBERT LEWIS KNOWLES, Plaintiff, v. CODY CLIFTON; DUSTIN FINDLEY; TOOMBS E.M.S.; and LYONS POLICE DEPARTMENT, Defendant. | CIVIL ACTION NO.: 6:16-cv-53 |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 7), to which no Objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Court **DISMISSES** Plaintiff's claims for the charges against him to be dropped, and **DISMISSES** all claims against Defendants Toombs Emergency Medical Services and Lyons Police Department. Plaintiff's Fourteenth Amendment claims against Defendants Clifton and Findley shall proceed.

**SO ORDERED**, this 17th day of August, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA