IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| ROBERT LEWIS KNOWLES, | |
|---|---|
| Plaintiff, | CIVIL ACTION NO.: 6:16-cv-53 |
| v. | |
| CODY CLIFTON; and DUSTIN FINDLEY, | |
| Defendants. | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 24), to which no Objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as the opinion of the Court.

The Court **DISMISSES** Plaintiff's Complaint and **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal. The Court **DIRECTS** the Clerk of Court to enter an appropriate Judgment of Dismissal and to **CLOSE** this case.

**SO ORDERED**, this 17th day of November, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA